Certificate Number: 05781-VAE-DE-041665362

Bankruptcy Case Number: 26-33698

05781-VAE-DE-041665362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2026, at 8:36 o'clock AM PST, Danny Lotus completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: November 11, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President